FILED

NOV 26 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re ) Case No. 12-92570-E-12
) Docket Control No. TOG-23
COELHO DAIRY, )
)
        Debtor. )
_____)

### SUPPLEMENT TO FINDINGS OF FACT AND CONCLUSIONS OF LAW

The Evidentiary Hearing on the Objection to the Claim of Black Rock Milling, LLC (Proof of Claim No. 24), was conducted on November 4, 2014. The Objection was filed by Coelho Dairy, a partnership, the Plan Administrator and Debtor under the Confirmed Chapter 12 Plan in this bankruptcy case. On November 20, 2014, the court stated its findings of fact and conclusions of law on the record at the continued hearing on this Motion pursuant to Federal Rule of Civil Procedure 52 and Federal Rules of Bankruptcy Procedure 7052 and 9014.

The court issues this Supplement to Findings of Fact and Conclusions of Law as stated on the record. The Supplement is made to place in the record written copies of the information and spreadsheets used by the court in organizing the financial information presented by the parties.

Addendum A hereto is the court's computation of post-petition

interest and determination of the allowed claim. The total finance charges asserted by Black Rock Milling, LLC, for Proof of Claim No. 24, which included post-petition finance charges, was $306,792.81. Using the evidence presented by the testimony and Exhibits (including Exhibits B, C, and 5), the court computes the post-petition portion of the finance charges to be $60,783.23.

Addendum B is a Microsoft Excel spread sheet created to test the testimony of Albert Nunes, the expert witness presented by Coelho Dairy, a partnership, that Black Rock Millings, LLC's computation of the finance charges provided for the compounding of interest, and Black Rock Milling, LLC's testimony that the finance charges were computed at a non-compounded, simple interest rate of 1.5% per month, with payments provided to the principal and interest of the oldest outstanding invoice when paid (First-In, First-Out accounting method for applying payments to the debts arising from a series of invoices on one credit account). As stated on the record, the court's review of the computation of the finance charges by Black Rock Milling, LLC, demonstrates that there is no compounding of the finance charges.

Dated: November 25, 2014

RONALD H. SARGIS, Judge
United States Bankruptcy Court

# ADDENDUM A

## ADDENDUM A - POST-PETITION INTEREST
## AND
## COMPUTATION OF ALLOWED CLAIM

**Computation of Post Petition Interest**
**Information From Exhibits B, C, and 5**

Post-Petition Contract Interest Included By Creditor

| Month | Amount |
|---|---|
| **Oct 2012** | $3,651.69 |
| Nov | $3,533.93 |
| Dec | $3,651.69 |
| **Jan 2013** | $3,651.69 |
| Feb | $3,298.34 |
| Mar | $3,651.69 |
| Apr | $3,533.93 |
| May | $3,651.69 |
| June | $3,533.93 |
| July | $3,651.69 |
| Aug | $3,651.69 |
| Sept | $3,533.93 |
| Oct | $3,651.69 |
| Nov | $3,533.93 |
| Dec | $3,651.69 |
| **Jan 2014** | $3,651.69 |
| Feb | $3,298.34 |
| Mar | none listed |
| Apr | none listed |
| May | none listed |
| | $60,783.23 |

Post-Petition Interest Included by Blackrock Milling Co., LLC

**Computation of Allowed Claim**
**Post-Petition Interest Disallowed**

| | | |
|---|---|---|
| Total Interest Computed by Blackrock | $306,792.81 | Exhibit C, Pg. 13<br>Exhibit 6, Pg. 20 |
| Disallowed Post-Petition Interest | ($60,783.23) | |
| | ----------------- | |
| Allowed Pre-Petition Interest | $246,009.58 | |
| Stipulated Principal Balance | $114,281.22 | |
| | ----------------- | |
| Total Allowed Claim | $360,290.80 | |

# ADDENDUM B

# ADDENDUM B TO SUPPLEMENTAL FINDINGS
# COMPUTATION CHECK FOR COMPOUNDING OF INTEREST

**COMPOUNDING OF INTEREST CHECK** - Information From Exhibit B Invoices and Exhibit C Transactions Report

This Addendum was used by the court in sampling check of the contention that there was compounding of interest. The stable and declining per day interest is indicative of interest not being compounded

| | Per Day Interest Calculation | Payments During Month Period | Finance Charge For Specified Period | Balance Due For Statement at Month End | Addition of Finance Charge and Subtraction of Payments Check | Estimated Principal Balance for Interest Billed by Black Rock Milling, LLC | |
|---|---|---|---|---|---|---|---|
| 10/31/10 | | | | $319,423.16 | | | Formula for Estimating Principal Balance for Finance Charge: |
| 11/30/10 | $128.91 | $0.00 | $3,867.35 | $323,290.51 | $323,290.51 | $261,404.21 | *Principal Balance* = |
| 12/21/10 21 days Finance Charge before payment | $128.91 | | *$2,707.14* | | | | *Finance Charge for Period* / *Number of Days in Period* |
| 12/21/10 Payment | | ($5,000.00) | | | | | x |
| 12/31/10 10 days Finance Charge after payment | $128.91 | | *$1,289.12* | | | | *365 (days in one year)* / *18% Annualized Interest Rate* |
| 12/31/10 | $128.91 | | $3,996.26 | $322,286.77 | $322,286.77 | $261,404.10 | *FN.1.* |
| 1/19/11 19 days Finance Charge | | | *$2,449.29* | | | | |
| 1/19/11 Payment | | ($3,000.00) | | | | | |
| 1/19/2011 No Additional Finance Charge for Remaining 12 Days of January | $128.91 | | $2,449.29 | $321,736.06 | $321,736.06 | $261,400.83 | |

## ADDENDUM B TO SUPPLEMENTAL FINDINGS
## COMPUTATION CHECK FOR COMPOUNDING OF INTEREST

| | | | | | | |
|---|---|---|---|---|---|---|
| **2/25/2011** With 12 January Days + 25 February Days Finance Charge | $123.49 | | $4,568.98 | $326,305.04 | $326,305.04 | $250,402.06 |
| 3/1/11 Payment | | ($3,000.00) | | | | |
| 3/31/11 3 February Days and 31 March Days Finance Charge | | | $4,198.58 | | | |
| **3/31/11** With 3 February Days and 31 March Days Finance Charge | $123.49 | | $4,198.58 | $327,503.62 | $327,503.62 | $250,405.51 |
| 4/1/11  1 Day Finance Charge | $123.50 | | $123.50 | | | |
| 4/1/11 Payment | | ($3,000.00) | | | | |
| 4/30/11  29 Days Finance Charge | $122.66 | | $3,557.02 | | | |
| **4/30/11** | **$122.68** | | **$3,680.52** | **$328,184.14** | **$328,184.14** | **$248,775.89** |
| 5/02/11  2 Days Finance Charge | $122.64 | | $245.27 | | | |
| 5/02/11 Payment | | ($2,800.00) | | | | |
| 5/31/2011   29 Days Finance Charge | $122.66 | | $3,557.02 | | | |
| **5/31/11** | **$122.65** | | **$3,802.29** | **$329,186.43** | **$329,186.43** | **$248,716.10** |
| 6/01/11  1 Day Finance Charge | $122.67 | | $122.67 | | | |
| 6/01/11 Payment | | ($3,000.00) | | | | |
| 7/1/2011 30 Day Finance Charge | | | $3,655.97 | | | |
| **7/1/11** | **$121.89** | | **$3,778.64** | **$329,965.07** | **$329,965.07** | **$247,169.10** |

## ADDENDUM B TO SUPPLEMENTAL FINDINGS
## COMPUTATION CHECK FOR COMPOUNDING OF INTEREST

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/1/11 Payment | ($3,000.00) | | | | | |
| 8/1/11 Payment | ($3,000.00) | | | | | |
| 8/1/2011  31 Days Finance Charge | | $3,777.80 | | | | |
| 8/1/11 | $121.86 | | $3,777.80 | $327,742.87 | $327,742.87 | $247,114.16 |
| 8/31/11 30 Days Finance Charge | | $3,655.97 | | | | |
| 8/31/11 Payment | ($3,000.00) | | | | | |
| 8/31/11 | $121.87 | | $3,655.97 | $328,398.84 | $328,398.84 | $247,116.49 |
| 9/30/11 30 Days Finance Charge | | $3,615.53 | | | | |
| 9/30/11 | $120.52 | | $3,615.53 | $332,014.37 | $332,014.37 | $244,383.05 |
| 10/3/11  3 Days Finance Charge | | $361.54 | | | | |
| 10/3/11 Payment | ($3,000.00) | | | | | |
| 11/03/11 31 Days Finance Charge | | $3,720.00 | | | | |
| 11/03/11 Payment | ($3,000.00) | | | | | |
| 11/3/11 | $120.05 | | $4,081.54 | $330,095.91 | $330,095.91 | $243,425.18 |
| 11/30/11 27 Days Finance Charge | | $3,216.49 | | | | |
| 11/30/11 | $119.13 | | $3,216.49 | $333,312.40 | $333,312.40 | $241,567.66 |
| 12/05/11  5 Days Finance Charge | | $595.67 | | | | |
| 12/05/11 Payment | ($3,000.00) | | | | | |
| 12/31/11 26 Days Finance Charge | | $3,097.33 | | | | |
| 12/31/11 | $119.13 | | $3,693.00 | $334,005.40 | $334,005.40 | $241,567.20 |

FN.1. The formula is the following mathematical equation restructured to compute the amount of principal using the other known data points. Using the December 2011 finance charge information, the original formula is stated as follows:

Principal x 31 Days x Daily Interest Rate [18%/365 Days in One Year] = $128.91

# Instructions to Clerk of Court
## Service List - Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC or, if checked ____, via the U.S. mail.

**Debtor**(s), **Attorney for the Debtor**(s), **Bankruptcy Trustee** (if appointed in the case), **and** __XX__ Other Persons Specified Below:

Office of the U.S. Trustee
Robert T. Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

Michael J. Dyer
5250 Claremont Ave., Ste. 119
Stockton, CA 95207